# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRIAN SYMONETTE, SR.,**
Appellant,

v.

**CNA SURETY, THE KEYES COMPANY, CHRISTINA SANTAMARIA,** and **BUDGET NOTARY SERVICES, INC.,**
Appellees.

No. 4D22-1472

[March 9, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE19-025360.

Brian Symonette, Sr., Moore Haven, for appellant.

Edward Etcheverry and Steve Kerbel of Etcheverry Harrison, LLP, Fort Lauderdale, for appellee CNA Surety.

Therese A. Savona of Cole Scott & Kissane, P.A., Orlando, for appellees The Keyes Company and Christina Santamaria.

Timothy B. Elliott of Smith & Associates, Melbourne, for appellee Budget Notary Services, Inc.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***